**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**KENNETH RODNEY McCRARY**,<br>Probationer | NO. 5: 04-CR-103 (WDO)<br><br>RE: VIOLATION OF PROBATION |

# O R D E R

KENNETH RODNEY McCRARY, a **PROBATIONER** in the above-styled criminal proceeding, this day appeared before the undersigned for an INITIAL APPEARANCE HEARING under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. John Fox of the Macon Bar, filling in for Mr. Scott C. Huggins. The government was represented by Assistant U. S. Attorney Charles Calhoun . The **PROBATIONER** was advised of the nature of the proceedings against him and of his legal and constitutional rights. With the assistance of legal counsel, he waived a preliminary hearing under Rule 32.1(b)(1) of the *Rules* and agreed that a *FINAL* hearing could be scheduled under Rule 32.1(b)(2).

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON PROBATION, *inter alia*, that the **PROBATIONER** violated conditions of supervision by using illegal drugs on three separate occasions and by failing to report as directed by his probation officer. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **PROBATIONER** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **PROBATIONER** shall appear before the Honorable Wilbur D. Owens, Jr. district judge, for a FINAL HEARING as directed by Judge Owens. The Clerk of Court is directed to forward this order and the within file to Judge Owens for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 23rd day of APRIL, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE